**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1300

JEROME JULIUS BROWN, SR.,

                    Plaintiff – Appellant,

          v.

RONALD R.J. HENDLER, Chief Executive Officer; JOHN D.
ASHCROFT, Department of Justice; MARGARET ANN NOLAN,
Assistant Attorney General,

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District
Judge.  (1:01-cv-02107-BEL)

Submitted:  April 23, 2009           Decided:  May 11, 2009

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr., seeks to appeal the district court's orders dismissing his 42 U.S.C. § 1983 (2006) action and denying his motion for copy work at government expense. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, parties in a civil case are required to file the notice of appeal no more than sixty days after the judgment or order appealed from is entered, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is mandatory and jurisdictional. Bowles v. Russell, 551 U.S. 205 (2007).

The district court's orders were entered on July 20, 2001, and November 16, 2004. The notice of appeal was filed on February 18, 2009. See Fed. R. App. P. 4(d). Because Brown failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2